UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-5788-DSR Date: November 5, 2026

Title ***SERGIO PILAR LOZA NAPOLES V. JAMES JANECKA***

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE RE FAILURE TO RESPOND TO COURT ORDER REQUIRING RESPONSE TO AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

On September 28, 2026, Petitioner initiated this immigration-related habeas action pursuant to 28 U.S.C. § 2241 challenging his ongoing pre-removal-order detention as violative of his rights under the Fifth Amendment. See Doc. No. 1. That same day, Petitioner requested appointment of counsel. See Doc. No. 2. On October 1, 2026, the Court referred the case to the office of the Federal Public Defender for the Central District of California, who subsequently recommended the appointment of CJA counsel. See Doc. Nos. 8, 12. On October 16, 2026, the Court issued an Order appointing CJA counsel to represent Petitioner. See Doc. No. 13. Respondents filed their Answer to the Petition on October 7th, and Petitioner (through counsel) filed a Reply thereto on October 21, 2026. See Doc. No. 15.

On October 23, 2026, Petitioner filed an Amended Petition for Writ of Habeas Corpus as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). On October 26, 2026, the Court issued an Order directing Respondents to answer the Amended Petition. See Doc. No. 18. That Order directed Respondents in such answer to "show cause … why the writ of habeas corpus should not be granted." Id. The deadline for such answer was seven days from the date of that order, i.e., November 2nd. Id.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-5788-DSR Date: November 5, 2026

Title ***SERGIO PILAR LOZA NAPOLES V. JAMES JANECKA***

To date, Respondents have not filed an Answer to the Amended Petition. As such, they have defaulted on their obligation to "show cause why the writ should not be granted" and to "certify the true cause of the detention." 28 U.S.C. § 2243. Given Respondents filed an Answer to the original Petition (see Doc. No. 11), however, it appears that the failure of Respondents to file an Answer to the Amended Petition may have been inadvertent rather than a conscious decision to not oppose the Amended Petition.

Thus, Respondents are hereby ORDERED TO SHOW CAUSE in writing, no later than **5:00 p.m. on November 6, 2026**, why they have failed to comply with the Court's Order requiring them to file an Answer to the Amended Pettion and show cause why the habeas petition should not be granted. Respondents may do so either by filing the Answer to the Amended Petition – in which they address ALL claims and bases alleged in the Amended Petition – or by filing a sworn Declaration showing good cause for their failure to comply with the Court's October 26th Order and a commitment to the date by which they will file an Answer to the Amended Petition.

FAILURE TO RESPOND TO THIS ORDER WILL BE TREATED AS A CONCESSION THAT PETITIONER IS ENTITLED TO THE RELIEF SOUGHT IN THE AMENDED PETITION, INCLUDING HIS RELEASE FROM RESPONDENTS' CUSTODY ON REASONABLE CONDITIONS OF SUPERVISION.

If Respondents timely file an Answer to the Amended Petition, Petitioner may file a Reply thereto within three days of service of that Answer, after which the case will be taken under submission for decision without oral argument, unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK