**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SERGIO PILAR LOZA NAPOLES,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

No. 5:26-cv-05788-DSR

**JUDGMENT**

Pursuant to the Court's separately filed Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and that judgment is entered in favor of Respondents and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

DATED: November 13, 2026

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE